UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                              Plaintiff,<br><br>                    -against-<br><br>LAWRENCE E. LEE, et al.,<br><br>                              Defendants. | 25-CV-3494 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On August 29, 2025, Plaintiff moved for default judgment against all Defendants. ECF No. 29. Defendants did not otherwise appear or reply. Therefore, on November 21, 2025, the Court issued an Order to Show Cause directing Defendants to respond no later than December 5, 2025, as to why an order should not be issued granting default judgment against them. ECF No. 35. On December 5, 2025, Defendant Lawrence E. Lee ("Lee") responded by moving to dismiss the case for insufficient service of process and opposing Plaintiff's motion for default judgment. ECF Nos. 37, 38, 39.

Given that the "Second Circuit Court of Appeals has expressed a preference for resolving disputes on the merits" rather than by default judgment, Plaintiff is directed to file a letter by **December 17, 2025**, indicating whether it consents to setting aside the certificate of default and withdrawing its motion for default against Defendant Lee. *Kenyatta v. Combs*, No. 24-CV-6923 (JGK), 2024 WL 4859028, at *2 (S.D.N.Y. Nov. 21, 2024) (citing *New York v. Green*, 420 F.3d 99 (2d Cir. 2005)). This Order has no impact on Defendant's motion to dismiss or the briefing schedule for that motion.

Dated:  December 10, 2025
           New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge