UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

Civil Action No. – 25-CV-03494

_____X

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR SOUNDVIEW
HOME LOAN TRUST 2006 EQ2 ASSET-BACKED
CERTIFICATES, SERIES 2006-EQ2,

              Plaintiff

        -against-

LAWRENCE E. LEE; NAVY FEDERAL CREDIT
UNION; PEOPLE OF THE STATE OF NEW YORK;
"JOHN DOE #1" through "JON DOE #12", the last
twelve names being fictitious and unknown to
plaintiff, the persons or parties intended being the
tenants, occupants, persons or corporations, if any,
having or claiming an interest in or lien upon the
premises, described in the complaint,

           Defendant(s).

_____X

## Stipulation to Withdraw Motions and Accept Late Answer

**It Is Hereby Agreed**, by and between the attorneys for the parties for Deutsche Bank National Trust Company ("Plaintiff") and Lawrence Lee, ("Defendant"), as follows:

**IT IS STIPULATED AND AGREED** Plaintiff's counsel hereby withdraws the Clerks Certificate of Default uploaded to the Civil Docket under document #23, and the Order to Show Cause uploaded under document #36. Plaintiff will additionally accept a late Answer from Defendant's counsel, to be uploaded to the Civil Docket no later than February 6, 2026.

**IT IS FURTHER STIPULATED AND AGREED** Defendant's counsel hereby withdraws its Motion to Dismiss uploaded to the Civil Docket under document #37.

A facsimile copy of this Stipulation shall be deemed and original. This stipulation may be executed in counterparts. All such counterparts shall be deemed to be the stipulation. This Stipulation may be filed with the Court without further notice.

January 9, 2026

**Clair, Gjertsen & Weathers PLLC**

_____
By: Erin K. Flynn, Esq.
*Attorneys for Defendant*
4 New King Street
White Plains, New York 10604
914-472-6202
erin@cgwesq.com

January 9, 2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

*/s/ Phionah N. Brown*
By: Phionah N. Brown, Esq.
*Attorneys for Plaintiff*
900 Merchants Concourse, Suite
Westbury, New York 11590
516-280-7675
E-mail: pbrowm@raslg.com

SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 29.

JESSICA G. L. CLARKE, United States District Judge
Dated: January 12, 2026
          White Plains, New York